**UNITED STATES ex rel. Benjamin CARTER, Plaintiff–Appellant,**

v.

**HALLIBURTON CO; Kellogg Brown & Root Services, Inc.; Service Employees International, Inc.; Kbr, Inc., Defendants–Appellees.**

**No. 12–1011.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2015.

Decided: July 14, 2015.

**ARGUED:** William Clifton Holmes, Dunlap, Grubb & Weaver, PC, Leesburg, Virginia, for Appellant. John Martin Faust, Law Office of John M. Faust, PLLC, Washington, D.C., for Appellees. **ON BRIEF:** Thomas M. Dunlap, David Ludwig, Dunlap, Grubb & Weaver, PC, Leesburg, Virginia, for Appellant. Craig D. Margolis, Tirzah S. Lollar, Kathryn B. Codd, Vinson & Elkins LLP, Washington, D.C., for Appellees.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM order.

## ORDER

PER CURIAM:

This case returns to us on remand after the Supreme Court granted Kellogg Brown & Root Services, Inc.'s petition for certiorari, and reversed in part and affirmed in part our decision in *United States ex rel. Carter v. Halliburton Co.*, 710 F.3d 171 (4th Cir.2013). The only issue left for resolution is whether Carter timely filed his complaint under the principle of equitable tolling. Appellees–Defendants have filed a motion for summary affirmance under Fourth Circuit Local Rule 27(f). Because Carter raised the issue of equitable tolling for the first time in a motion to file a surreply and has not appealed the district court's denial of that motion, we find that the issue is not properly before us and that equitable tolling is thus unavailable. *See ACLU v. Holder*, 673 F.3d 245, 252 n. 5 (4th Cir.2011). Therefore, we grant Appellees–Defendants' motion for summary affirmance and affirm the district court's judgment.

*AFFIRMED.*